# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00647-CV

---

**Appellant, Christopher Reese/ Cross-Appellant, George Scott, Appellant**

**v.**

**Appellees, George Scott et al.// Cross-Appellee, Christopher Reese, Appellee**

---

**FROM THE JUSTICE COURT PRECINCT 4 OF BLANCO COUNTY
NO. SC22-0002, THE HONORABLE H.R. RILEY, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Christopher Reese and Cross-Appellant George Scott filed cross-notices of appeal complaining of a final judgment signed by the Blanco County Justice of the Peace, Precinct 4. Our jurisdiction, however, is limited to appeals from judgments by the district or county courts within our district boundaries. *See* Tex. Gov't Code § 22.220(a). An appeal from an order rendered by a justice court generally must be brought in the county court. Tex. Civ. Prac. & Rem. Code § 51.001(a) (appeal from final judgment by justice court is to county or district court); *Molina v. Molina*, No. 03-19-00101-CV, 2019 WL 2127893, at *1 (Tex. App.—Austin May 16, 2019, no pet.) (mem. op.); *Whisenhunt v. Hill*, No. 02-12-00310-CV, 2012 WL 3733868, at *1 (Tex. App.—Fort Worth Aug. 30, 2012, no pet.) (mem. op.).

We asked the parties how we might exercise jurisdiction over these appeals. Neither party filed any response. We therefore dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).[1]

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Smith

Dismissed for Want of Jurisdiction

Filed:   November 22, 2022

---

[1]  We also deny Reese's "Application and Affidavit to Defer Payment of Costs."

2